1  Nathan Paco(151490)
   LAW OFFICES OF NATHAN PACO
2  1419 Burlingame Ave., 2nd Floor
3  Burlingame, CA 94010

4  Phone: 650.343.1371
5  Fax: 650.343.7979

6  Attorney for Plaintiffs

7

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

12 | GEORGE LOUIS PEREZ, JR., JANICE L. PELLIZAR | Case No.: C 06-02585 EDL
13 |                                              |
   |                  Plaintiffs,                 | PLAINTIFFS' REQUEST FOR CONTINUANCE
14 |                                              | OF INITIAL CASE MANAGEMENT
   |            vs.                               | CONFERENCE TO **OCTOBER 31, 2006,** OR
15 |                                              | THEREAFTER, IN LIEU OF JOINT CASE
   | VESSEL ASSIST, PHIL DELANO, et al.,          | MANAGEMENT STATEMENT; NATHAN
16 |                                              | PACO'S DECLARATION IN SUPPORT OF
   |                  Defendants.                 | REQUEST AND PROPOSED ORDER
17

18                                                 Date: August 29, 2006
19                                                 Time: 10:00 a.m.
20                                                 Courtroom: E, 15th Floor
                                                   Judge: Honorable Elizabeth D. Laporte
21

22  I NATHAN PACO declare as follows:

23      1. I am the attorney for the plaintiffs in this action and I am duly licensed to practice in all
    of the courts in the northern district of the State of California;
24
        2. The following statements are made upon my personal knowledge except as to those
25  indicated made upon information and belief and if called to testify can competently testify to
26  those matters.

27      3. The plaintiffs had difficulty serving the defendants because some of them are located
28  on an island and some of the others are located in other states.

29      4. Finally, we were able to get the insurance company that represents all of the
30  defendants to accept service for all of the defendants (attached hereto as Exhibit "A" is a true
    and correct copy of the Defendants' Acknowledgment of Receipt).

                                          -1-

a. According to the Notice and Acknowledgment of Receipt, the defendants have until September 26, 2006 to file their responsive pleading.

b. Therefore, the plaintiffs request that the initial case management conference be continued to October 31, 2006, or a date thereafter.

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated: August 25, 2006  _____/s/_____
Nathan Paco, attorney for plaintiffs

**ORDER**

IT IS HEREBY ORDERED that the first case management conference scheduled for August 29, 2006 is continued to \_\_October 31, 2006\_\_ before Magistrate Judge Laporte in Courtroom E, 15th floor, United States Courthouse, 450 Golden Gate Ave., San Francisco, California. A joint case management statement shall be filed no later than \_\_October 24, 2006\_\_. No further continuances will be granted absent a showing of good cause.

Dated: \_\_August 28, 2006\_\_  _____
ELIZABETH D. LAPORTE
United States Magistrate Judge

*IT IS SO ORDERED AS MODIFIED*
Judge Elizabeth D. Laporte

-2-

**POS-015**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Nathan Paco (151490)<br>Law Offices of Nathan Paco<br>1419 Burlingame Ave., 2nd Floor<br>Burlingame, CA 94010<br>TELEPHONE NO.: 650.343.1371  FAX NO. (Optional): 650.343.7979<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Plaintiffs | |

STREET ADDRESS: United States District Court
MAILING ADDRESS: 450 Golden Gate Ave., 16th Floor
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME: Northern District of California

PLAINTIFF/PETITIONER: GEORGE LOUIS PEREZ, JR., JANICE L. PELLIZAR
DEFENDANT/RESPONDENT: VESSEL ASSIST, PHIL DELANOE, GARY BURKS, BOAT U.S. TOWING SERVICES

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL**

CASE NUMBER: C 06 2585

TO (insert name of party being served): PHIL DELANOE, GARY BURKS, BOAT US TOWING SERVICES, VESSEL ASSIST.

**NOTICE**

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: 7/12/06

NATHAN PACO, ATTORNEY AT LAW
(TYPE OR PRINT NAME)                 (SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

**ACKNOWLEDGMENT OF RECEIPT**

This acknowledges receipt of (to be completed by sender before mailing):
1. [X] A copy of the summons and of the complaint.
2. [X] Other (specify):

1. NOTICE OF CASE MANAGEMENT HEARING
2. ADR PACKET
3. NOTICE & ACKNOWLEDGEMENT OF RECEIPT (2)
4. ENVELOPES-2

(To be completed by recipient):

Date this form is signed: 8/16/06

Winsome K. Green
St. Paul Travelers
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY, ON WHOSE BEHALF THIS FORM IS SIGNED)

▶ Winsome K. Green
(SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
POS-015 [Rev. January 1, 2005]

**NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL**

Code of Civil Procedure
§§ 415.30, 417.10
www.courtinfo.ca.gov
American LegalNet, Inc.
www.USCourtForms.com

**EXHIBIT "A"**

| | |
|---|---|
| 1 | PROOF OF SERVICE |

I am a citizen of the United States and am employed in the County of San Mateo; I am over the age of eighteen years and not a party to the within action; my business address is 1419 Burlingame Ave., 2nd Floor, Burlingame, CA .On the date shown below, I served the following:

**PLAINTIFFS' REQUEST FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE TO OCTOBER 31, 2006, OR THEREAFTER, IN LIEU OF JOINT CASE MANAGEMENT STATEMENT; NATHAN PACO'S DECLARATION IN SUPPORT OF REQUEST AND PROPOSED ORDER**

on the parties in said action by placing a true copy thereof, enclosed in a sealed envelope (except when served by facsimile transmission) addressed as follows:

Winsome K. Green
ST. PAUL FIRE & MARINE INS CO
233 Broadway, 26Th Floor
NEW YORK, NY 10279

FAX:1.212.504.0776

_____Addresses continued on attached page.

The following is/are the procedure(s) by which service of the document(s) was/were effected:

**\_\_\_X\_\_\_ U.S. Postal Services,** by placing copy(ies) in a sealed envelope with postage thereon fully prepaid, in the United States mail at Burlingame, CA.

**_____Personal Service.** I caused each envelope to be delivered by hand to the addressee(s) noted above.

**\_X\_\_By Facsimile Transmission.** I caused the document(s) to be transmitted by facsimile to the number indicated after the address(es) noted above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: August 25, 2006

\_\_\_\_/S/_____
Nathan Paco

PEREZ Proof of Service-Master